==Note Changes Made by Court [JS-6]==

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Western Trans Logistics, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Arrow Trucking, Inc.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-10997-JFW-JCx<br><br>**JUDGMENT**<br><br>Complaint Filed:   December 20, 2024 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On July 1, 2025, Plaintiff Western Trans Logistics, LLC moved for default judgment to be issued on Defendant Arrow Trucking, LLC pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rules 55-1 through 55-3.

Defendant, having been regularly served with process and having failed to plead or otherwise defend this action, and default having been entered by the Clerk, and the Court having considered Plaintiff's Motion for Default Judgment, supporting Declaration, and all other papers filed in this matter, and for good cause appearing therefore,

IT IS HEREBY ORDERED, that judgment shall be entered in favor of Plaintiff and against Defendant as follows:

| | |
|---|---|
| Cargo Claim | $32,601.60 |
| Attorneys' Fees (Calculated pursuant to L.R. 55-3) | $2,556.10 |
| Costs | $1,200.00 |
| Total Requested by WTL | $36,357.70 |

IT IS SO ORDERED.

Dated: July 29, 2025

_____
Hon. John F. Walter
United States District Judge